UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

MORRIS W. CONNER, )
    Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. ) **CASE NO. 7:15-CV-190-F**
)
CAROLYN W. COLVIN, Acting Commissioner of )
Social Security, )
    Defendant. )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $4,067.00 in attorney's fees (if there is no debt offset, otherwise, payable to Plaintiff and delivered to Plaintiff's attorney) in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

**This Judgment Filed and Entered on September 13, 2016, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)

DATE                                          JULIE A. RICHARDS, CLERK

September 13, 2016

                                                          (By) Susan K. Edwards, Deputy Clerk